LISA COUGHLIN *v.* JOHN COUGHLIN

*John Coughlin,* pro se, in support of the petition.

*Lars Schulze,* in opposition.

Decided December 13, 2002

STATE OF CONNECTICUT *v.* EDDIE ABERNATHY

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Neal Cone,* senior assistant public defender, in support of the petition.

*Nancy L. Chupak,* assistant state's attorney, in opposition.

Decided December 19, 2002

DONALD L. FRANCO *v.* EAST SHORE DEVELOPMENT, INC.

SULLIVAN, C. J., and VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.